# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL NO. 3 - 11   0913 |
| v. | ) | |
| | ) | JUDGE |
| | ) | |
| 25 BUNDLES OF INDIAN EBONY WOOD, | ) | |
| | ) | |
| Defendant. | ) | |

## SUMMONS AND WARRANT FOR ARREST IN REM

TO:  UNITED STATES DEPARTMENT OF THE INTERIOR, FISH AND WILDLIFE SERVICE

WHEREAS, on September 27, 2011, the United States of America filed a Verified Complaint *In Rem* for civil forfeiture in the United States District Court for the Middle District of Tennessee, Nashville Division against the above-named property which consists of twenty-five (25) bundles of sawn Indian Ebony Wood (Diospyros ebenum) in the form of sawn logs, totaling one thousand two hundred and fifty (1,250) pieces, sawn to the dimensions of 510-530 x 75/70 x 10mm and 510-530 x72/62 x 110 mm (hereinafter collectively referred to as "Defendant Property"), alleging that said Defendant Property is subject to seizure and civil forfeiture to the United States for the reasons mentioned in the Complaint; and

WHEREAS, the Defendant Property is currently in the possession, custody or control of the United States Department of the Interior, Fish and Wildlife Service; and

WHEREAS, in these circumstances Supplemental Rule G(3)(b)(I) directs the Clerk of the Court to issue an arrest warrant in rem for the arrest of the Defendant Property; and

WHEREAS, Supplemental Rule G(3)(c) provides that the warrant of arrest in rem must be delivered to a person or organization authorized to execute it;

NOW THEREFORE you are hereby commanded to arrest the above-named Defendant Property by serving a copy of this warrant on the custodian in whose possession, custody or control the property is presently found, and to use whatever means may be appropriate to protect and maintain it in your custody until further order of this Court.

YOU ARE FURTHER COMMANDED, promptly after execution of this process, to file the same in this Court with your return thereon, identifying the individuals upon whom copies were served and the manner employed.

Dated: _____**SEP 27 2011**_____

Clerk of the Court
United States District Court

By: _Althea Straughter_
Deputy Clerk