UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL NO. 3:11-cv-00913 |
| v. ) | |
| ) | JUDGE HAYNES |
| ) | |
| 25 BUNDLES OF INDIAN EBONY WOOD, ) | |
| ) | |
| Defendant. ) | |

## MOTION TO STAY

Comes now the plaintiff, United States of America, by and through its attorneys, Jerry E. Martin, United States Attorney for the Middle District of Tennessee, and Debra Teufel Phillips, Assistant United States Attorney for said district moves for a stay of the above-styled civil forfeiture case pursuant to 18 U.S.C. § 981(g) on the basis that to allow civil discovery in this case, at this time, will adversely affect the investigation and the prosecution of a related criminal investigation. The related Middle District of Tennessee case number 3:10cv00747, *United States of America v Ebony Wood in Various Forms,* was stayed and administratively closed on September 28, 2011 at Docket Entry 67.

This motion is based on the files and records in this case and the attached memorandum of law and fact filed in conjunction herewith and a Declaration of Lana N. Pettus which is the subject of a motion to file *ex parte* and under seal.

*[Handwritten annotation: Denied. This motion w/ath w/ FB pending Oral argument in Case No. 3:10cv747  1-26-12]*