UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:11cv00913 |
| v. ) | CHIEF JUDGE HAYNES |
| ) | |
| 25 BUNDLES OF INDIAN EBONY WOOD, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF WITHDRAWAL OF CLAIM AS TO GIBSON GUITAR AND MOTION TO DISMISS

Notice is hereby provided to the Court that the United States and Gibson Guitar Corp. ("Gibson") have entered into a Settlement Agreement. This Agreement is attached hereto for the Court's convenience, and acts as a withdrawal of Gibson's claims in the above-styled case to allow for the filing of a petition for remission or mitigation by Gibson. The United States therefore moves this Court to dismiss Gibson's claim.

This case is properly stayed and the United States request that the stay continue as to the remaining claimant Luthiers Mercantile International, Inc. for reasons set forth in previous pleadings.

Respectfully submitted,

JERRY E. MARTIN
United States Attorney for the
Middle District of Tennessee

s/ Debra Teufel Phillips
DEBRA TEUFEL PHILLIPS, BPR 011706
Assistant United States Attorney
110 Ninth Avenue South, Suite A-961
Nashville, Tennessee 37203-3870
Telephone: (615) 736-5151

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of August, 2012, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following, if registered, by operation of the Court's electronic filing system. If not registered, notice was mailed by United States mail, postage prepaid, to:

Timothy G. Harvey
Riley Warnock & Jacobson
1906 West End Avenue
Nashville, TN 37203

David Alexander Fardon
Harwell, Howard, Hyne, Gabbert & Manner, PC
315 Deaderick Street, Suite 1800
Nashville Tennessee 37238

        s/ Debra Teufel Phillips
        DEBRA TEUFEL PHILLIPS