IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 3:11-0913 |
| | ) | JUDGE HAYNES |
| v. | ) | |
| | ) | |
| 23 BUNDLES OF INDIAN EBONY WOOD, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Upon the United States's notice of Gibson Guitar Corporation's withdrawal of claim and motion to dismiss (Docket Entry No. 28) that attaches the parties' settlement agreement, the claim of Gibson Guitar Corp. is **DISMISSED**.

This action remains stayed as to the remaining claimant Luthiers Mercantile International, Inc.

It is so **ORDERED**.

**ENTERED** this the _15th_ day of August, 2012.

WILLIAM J. HAYNES, JR.
Chief United States District Judge