IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 3:11-0913 |
| | ) | JUDGE HAYNES |
| v. | ) | |
| | ) | |
| 23 BUNDLES OF INDIAN EBONY WOOD, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Upon the United States's notice of Luthiers Mercantile International, Inc.'s withdrawal of claim and motion to dismiss (Docket Entry No. 30) that attaches Luthiers Mercantile International, Inc.'s release, the claim of Luthiers Mercantile International, Inc. is **DISMISSED**. This action is **ADMINISTRATIVELY CLOSED**.

It is so **ORDERED**.

**ENTERED** this the \_\_4th\_\_ day of ~~August~~ September, 2012.

WILLIAM J. HAYNES, JR.
Chief United States District Judge